IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Michael Lucius Burnett, ) | C/A No. 0:10-2369-HMH-PJG |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| Officer Andrews, and Warden Bernard McKie, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This plaintiff, Michael Lucius Burnett, proceeding *pro se*, brings this action pursuant to 42 U.S.C. § 1983. This matter is before the court pursuant to 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) DSC for pretrial proceedings.

On January 7, 2011, the court issued a Scheduling Order which established a deadline of April 6, 2011 for parties to file dispositive motions. (See ECF No. 26.) As of the date of this order, no dispositive motions have been filed. As such, it appears to the court that no legal issues remain to be resolved and the parties are prepared to proceed to trial.

Based on the foregoing, it is

**ORDERED** that the parties shall advise the court as to whether any legal issues require resolution by the court within fourteen (14) days from the date of this order. If no motion is filed, this matter will be scheduled for trial.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

April 18, 2011
Columbia, South Carolina